In Re:    **Andrea R Sinclair**
          **Afni, Inc., et al**                              Adv Proc No: **15-00596**

# CERTIFICATE OF SERVICE

I, _____Aaron Weinberg_____, certify that service of this summons and a copy of the
complaint was made _____8/20/2015_____ by:

☑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
     to:

          Please see attached service list A.

☐    Personal Service: By leaving the process with the defendant or with an officer or
     agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☑    Certified Mail Service on an Insured Depository Institution: By sending the process
     by certified mail addressed to the following officer of the defendant at:

          Please see attached service list B.

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of
     as follows: [Describe briefly]

     If service was made by personal service, by residence service, or pursuant to state law, I
further certify that I am, and at all times during the service of process was, not less than 18 years of
age and not a party to the matter concerning which service of process was made.

     Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____8/18/2015_____          Signature /s/ Aaron Weinberg _____

          Print Name:    Aaron Weinberg _____

          Business Address: 20 S. Clark Street
                            28th Floor
                            Chicago, IL 60603
                            312-913-0625

# SERVICE LIST A

Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097

American InfoSource LP as agent for T Mobile, PO Box 248848, Oklahoma City, OK  73124-8848;

Bank of America, Collections Department, 4261, PO Box 53137, Phoenix, AZ 85072-3137

Equifax, PO BOX 740241, Atlanta, GA 30374-0241

 Experian, Attn Bankruptcy Dept, PO Box 2002, Allen, TX 75013-2002

Internal Revenue Service, Centralized Insolvency Operations, PO BOX 7346, Philadelphia PA 19101-7346

 Jefferson Capital Systems LLC, PO BOX 7999, Saint Cloud, MN 56302-7999

Municipal Collection Services, Inc., Po Box 327, Palos Heights, IL 60463-0327

Sage Telecom, P.O. box 79051, Phoenix, AZ 85062-9051

 Sallie Mae, PO Box 740351, Atlanta, GA 30374-0351

Transunion , Attn: Bankruptcy Dept., PO Box 1000, Crum Lynne, PA 19022

# <u>SERVICE LIST B</u>

Afni, Inc., President Ronald L Greene, 404 Brock Drive Bloomington, IL 61701;

Arnold Scott Harris, 111 W Jackson , Suite 600, Chicago, IL 60604-3517;

Blake Hogan, President, American InfoSource, 5847 San Felipe, Suite 1200, Houston, Texas 77057;

City of Chicago Parking Tickets , 121 N Lasalle Street Room 107A, Chicago, IL 60602-1232

Arron Rents , 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672

John W. Robinson, III, Chief Executive Officer, Aaron's, Inc., 309 E Paces Ferry Rd, Atlanta, GA 30305

Thomas R. Penaluna , President of Cbe Group, 1309 Technology PKWY, Cedar Falls, IA 50613

Cbe Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976

Illinois Corporation Service C, 801 Adlai Stevenson Dr, Springfield, IL 62703

Columbia House, C/O North Shore Agency, 751 Summa Ave, Westbury, NY 11590-5010

Irving Rozak, President of Columbia Audio/Video, Inc., 1741 Second St Highland Park, IL 60035

Gary Rozak, 20705 N Weatherstone, Kildeer, IL 60047

ComEd, 3 Lincoln Center, Attn: Bankruptcy Section, Oakbrook Terrace, IL 60181-4204

Com Ed, Agent Name Corporate Creations Network In, 350 S. Northwest Hwy 300, Park Ridge IL 60068

Com Ed, President Anne R Pramaggiore, 440 S. LaSalle St. Chicago, IL 60605

Credit Management Lp, 4200 International Pkwy, Carrollton, TX 75007-1912

Credit Management, Inc., Prentice Hall Corporation, 33 North LaSalle St, Chicago, IL 60602

Thomas A Stockton, President of Credit Management, Inc., 4627 Pine Valley Frisco, TX 75034

Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412

Enhanced Recovery Corp, Kirk Moquin 2875 S Ponte Vedra Bldv., Ponte Vedra Beach, FL 32082

Illinois Tollway Authority, 2700 Ogden Ave, Downers Grove, IL 60515-1703

Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364

Illinois Corp Service Company, 700 South Second St., Springfield, IL 62704;

Municipal Collection Services Inc, 3348 Ridge Road, Lansing, IL 60438-3112

Municipal Collection Services, Inc., Matthew C Regan 1530 S State #803 Chicago, IL 60605

Murrays Discount Auto Stores, C/O Trident Asset Manageme, 5755 Northpoint Pkwy Ste, Alpharetta, GA 30022-1142

Peoples Gas, Attention: Bankruptcy Department, 130 E. Randolph 17th Floor, Chicago, IL 60601-6207

Peoples Gas, Willard Evans Jr., President, 130 E. Randolph Street, Chicago, IL 60601

Southwest Credit System, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958

C T Corporation System, 208 S LaSalle St, Suite 814, Chicago, IL 60604

Southwest Credit Systems, Inc, Brad Fowler 4505 Crowly Rd Plano, TX 75093

Westlake Financial Svc, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847

Don Hankey, President of Westlake Financial Svc, 4751 Wilshire Blvd #100, Los Angeles, CA 90010

Bank Of America Capital Corporation, Mary P Harman 150 N College St, NC1-028-17-06, Charlotte, NC

C B Rogers JR 1600 Peachtree Street, N.W.. Atlanta, Georgia 3030

Brian Cassin, CEO of Experian Plc, 475 Anton Blvd., Costa Mesa, CA 92626

Henry A. Fernandez, President of MCSI, Inc., 7330 W College Dr, Palos Heights, IL 60463

Sage Telecom Communications, Nathan R. Johnson, LLC, 10440 N Central Expwy STE 700, Dallas, TX

Raymond J. Quinlan, 11600 Sallie Mae Drive Reston, VA 20193

Jim Peck, President of TransUnion, 555 W. Adams Street, Chicago, IL 60661

United States Attorney Office, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604

Bruce Weinstein, President of Genesis Financial, 15220 NW Greenbriar Pkwy #200, Beaverton, OR;

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** AFNI, INC.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  AMERICAN INFOSOURCE LP

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00596 Doc 2 Filed 08/19/15 Entered 08/19/15 11:34:44 Desc Stamped
Summons Page 3 of 28

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**

**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** ARNOLD SCOTT HARRIS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

                       Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

                       Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                       Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** ARRONRNTS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** BANK OF AMERICA

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00596   Doc 2   Filed 08/19/15   Entered 08/19/15 11:34:44   Desc Stamped
                    Summons     Page 10 of 28

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** BANK OF AMERICA

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08 / 19 / 2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00596 Doc 2 Filed 08/19/15 Entered 08/19/15 11:34:44 Desc Stamped
Summons Page 1 of 28

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  CBE GROUP

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CITY OF CHICAGO PARKING TICKETS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/19/2015

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 15−25015

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. 15−00596

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** COLUMBIA HOUSE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/19/2015

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

                                       Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

                                       Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                                       Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** COMMONWEALTH EDISON CO

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

                      Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

                      Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                      Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** CREDIT MANAGEMENT LP

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** ENHANCED RECOVERY CORPORATION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

To:  EQUIFAX

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 15−25015

ANDREA R SINCLAIR

Debtor

Adversary Proceeding No. 15−00596

ANDREA R SINCLAIR

Plaintiff

v.

AFNI, INC.
AMERICAN INFOSOURCE LP ET. AL.

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** EXPERIAN

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** GENESIS FINANCIAL SOLUTIONS WEBBANK

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:  ILLINOIS TOLLWAY AUTHORITY**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

                                           Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

                                           Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                                           Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** JEFFERSON CAPITAL SYSTEMS LLC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

                                                                        Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

                                                                        Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                                                                        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  MCSI INC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

                                                                    Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

                                                                    Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                                                                    Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** MONTGOMERY WARD

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** MUNICOLLOFAM

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  MURRAYS DISCOUNT AUTO STORES

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08 / 19 / 2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** PEOPLES GAS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00596  Doc 2  Filed 08/19/15  Entered 08/19/15 11:34:44  Desc Stamped
Summons  Page 24 of 28

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  SAGE TELECOM

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08 / 19 / 2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00596   Doc 2   Filed 08/19/15   Entered 08/19/15 11:34:44   Desc Stamped
Summons     Page 29 of 32

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **15−25015**
**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**
**ANDREA R SINCLAIR**

Plaintiff

v.
**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  SALLIE MAE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

                                       Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

                                       Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

                                       Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  SOUTHWEST CREDIT SYSTEM

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**

**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

#### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** TRANSUNION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25015**

**ANDREA R SINCLAIR**

Debtor

Adversary Proceeding No. **15−00596**

**ANDREA R SINCLAIR**

Plaintiff

v.

**AFNI, INC.**
**AMERICAN INFOSOURCE LP ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** WESTLAKE FINANCIAL SERVICES

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/19/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012