UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Andrea R Sinclair | ) <br>) <br>) <br>) Chapter: 13<br>) <br>) Honorable Eugene Wedoff<br>) | BK No.: 15-25015 |
| Andrea R Sinclair<br><br>Debtor(s) | )<br>)<br>) Adv. No.: 15-00596<br>)<br>) | |
| Plaintiff(s)<br>Afni, Inc. et all<br><br>Defendant(s) | )<br>)<br>)<br>)<br>) | |

**ORDER TO DISMISS**

　　This cause coming to be heard on the Motion of the Debtor To Dismiss, due Notice having been given and the Court having jurisdiction over the matter and being fully advised in the premises;

　　1. The adversary, 15 AP 00596, is hereby dismissed.

Enter:　*[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: September 17, 2015

**Prepared by:**

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603